ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Civil File No. 02-0055 JRT/FLN

vs.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

PRECISION SCAFFOLD, INC., and SCOTT R. SUCH, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: March 15, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

FILED MAR 2 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: March 20, 2002

John R. Tunheim

Then Honorable John R. Tunheim
Judge of District Court

**AFFIDAVIT OF SERVICE**

ORIGINAL

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**Andrea Bjergo**, being first duly sworn upon oath, deposes and states that on the 15th day of March 2002, she served a copy of the Notice of Dismissal Without Prejudice and Order upon:

Precision Scaffold, Inc.
918 Ninth Street
Hudson, MN 54016

Mr. Scott R. Such
918 Ninth Street
Hudson, MN 54016

By depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

[signature]
**Andrea Bjergo**

Subscribed and sworn to before me
this 15th day of March 2002.

[signature]
Notary Public

LISA F. HOGLUND
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

81731